1
2
3
4
5
6
7                      THE UNITED STATES DISTRICT COURT
8                        NORTHERN DISTRICT OF CALIFORNIA
9

10   PACER GLOBAL LOGISTICS, INC.,    ) No.: C 04 2769 SC
                                      )
11              Plaintiff,            )
                                      ) **STIPULATION FOR AND ORDER OF**
12        vs.                         ) **DISMISSAL WITH PREJUDICE**
                                      )
13                                    )
     LEXINGTON INSURANCE COMPANY;     )
14   TRANSMARINE INSURANCE COMPANY,   )
     LTD.,                            )
15                                    )
                                      )
16              Defendants.           )
                                      )
17

18        The parties, plaintiff, PACER GLOBAL LOGISTICS, INC.
19   ("Pacer"), and defendants LEXINGTON INSURANCE COMPANY
20   ("Lexington") and TRANSMARINE INSURANCE COMPANY, LTD.
21   ("Transmarine"), having reached a settlement agreement in this
22   matter and the settlement having been fully funded, HEREBY
23   STIPULATE AND AGREE that the action may be dismissed with
24   ////
25   ////
26   ////
27   ////
28

1
STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. CV 04-02769 SC

1 | prejudice and without costs.

3 Dated: July 8, 2005                FLYNN, DELICH & WISE LLP

By:  _____/s/_____

James B. Nebel

Attorneys for Plaintiff
PACER GLOBAL LOGISTICS, INC.

10 Dated: July 8, 2005               ROPERS, MAJESKI, KOHN & BENTLEY

By:  ___/s/_____

Stephan A. Barber

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

17 Dated: June 8, 2005               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  _____/s/_____
Amy B. Norris
Attorneys for Defendant
TRANSMARINE INSURANCE COMPANY LTD.

IT IS SO ORDERED.

Dated: July 11, 2005

_____/s/ Samuel Conti_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. CV 04-02769 SC